AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Lee Johnson,<br>*Plaintiff*<br>v.<br>All Agents involved in the January 29, 2012 manhunt of David L. Johnson, For the Agencies of: North Augusta Public Safety; SWAT; Aiken Co Sheriff; SC State Troopers; and Aiken Co Blood Hound Team; George McElveen, III, in his official and individual capacities; J Strom Thurmond, Jr, Solicitor, in his official and individual capacities; John Nelson, Investigator, in his official and individual capacities; and Jane Doe, Nurse, Aiken Co Dent. Center,<br>*Defendants* | Civil Action No.   1:15-cv-00503-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, David Lee Johnson, shall take nothing of the defendants, All Agents involved in the January 29, 2012 manhunt of David L. Johnson, For the Agencies of: North Augusta Public Safety; SWAT; Aiken Co Sheriff; SC State Troopers; and Aiken Co Blood Hound Team; George McElveen, III, in his official and individual capacities; J Strom Thurmond, Jr, Solicitor, in his official and individual capacities; John Nelson, Investigator, in his official and individual capacities; and Jane Doe, Nurse, Aiken Co Dent. Center, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding. The Court having adopted the Report and Recommendations of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal without prejudice.

Date:   March 31, 2016                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/B. Goodman
                                                                                  _____
                                                                                  *Signature of Clerk or Deputy Clerk*